Michael J. Chappell (Bar No. 41397)
Gonzaga Environmental Law Clinic
University Legal Assistance
P.O. Box 3528
721 N. Cincinnati Street
Spokane, WA 99220-3528
Phone:  (509) 313-5791
Fax:  (509) 313-5805
Email:  mchappell@lawschool.gonzaga.edu

Attorney for Plaintiff,

SPOKANE RIVERKEEPER

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| SPOKANE RIVERKEEPER, program of the CENTER FOR JUSTICE, a non-profit corporation, | Case No.  CV-11-0217-LRS |
| Plaintiff, | ~~[Proposed]~~ **CONSENT DECREE** |
| vs. | |
| CITY OF SPOKANE, a municipal corporation, | |
| Defendant. | |

        Plaintiff Spokane Riverkeeper, a program of the Center for Justice

("Riverkeeper") and Defendant the City of Spokane (the "City"), subject to

approval by the Court, hereby agree to the terms and conditions of this Consent

Decree.  Riverkeeper and the City are referred to collectively as the "Parties," or

individually as a "Party," to this Consent Decree.

## RECITALS

WHEREAS, Riverkeeper is a program of the Center for Justice ("CFJ"), a Washington nonprofit organization formed and operated for the purpose of providing legal services to individual, and public interest organizations in the Inland Northwest. Riverkeeper conducts surveillance of the Spokane River and reaches out to river users who share its commitment to a river that is swimmable, fishable, and properly regulated;

WHEREAS, the City is a co-permittee under the Eastern Washington Phase II Municipal Storm Water Permit ("Phase II Permit") that covers the entire incorporated area of the City, and operates the Riverside Park Water Reclamation Facility ("RPWRF") and Combined Sewer Overflow ("CSO") System servicing the City and certain surrounding areas of Spokane County, covered by National Pollutant Discharge Elimination System ("NPDES") permit No. WA-002447-3;

WHEREAS, the City has engaged in, and plans to continue to engage in, operation of its Municipal Separate Storm Sewer System ("MS4"), RPWRF, and CSO Systems that service the City and certain surrounding areas of Spokane County;

WHEREAS, on December 1, 2009, pursuant to the requirements of the Federal Water Pollution Control Act ("Clean Water Act" or "CWA"), 33 U.S.C. § 1342, Riverkeeper sent the City a 60-day notice of intent letter;

WHEREAS, the letter alleged violations of the Phase II Permit, NPDES permit No. WA-002447-3, and the Clean Water Act ("Riverkeeper 60-Day Notice"). The Riverkeeper 60-Day Notice alleged that the City has violated and continues to violate the Clean Water Act along with the terms and conditions of the Phase II Permit and NPDES permit No. WA-002447-3;

WHEREAS, on December 2, 2009, the City acknowledged receipt of the Riverkeeper 60-Day Notice and, with no admission of liability, expressed its intent

to work with Riverkeeper in ensuring that the MS4, CSO System, and RPWRF meet the requirements of the Clean Water Act;

WHEREAS, Riverkeeper and the City have been engaged in settlement talks, initiated in December 2009, in order to avoid the time, expense and uncertainty of protracted litigation, and with no admission of liability or the validity of any claim, allegation or defense, and subject to approval by the Court, have agreed to the following terms and conditions set forth in this Consent Decree.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, AND ORDERED AND DECREED BY THE COURT, AS FOLLOWS:

## I.    **GENERAL OBJECTIVES**

1.   The objectives of this Consent Decree are:

   a.    To ensure that the City complies with the Clean Water Act;

   b.    To ensure that the City continues to use, implement, and improve ways, means, and methods to prevent PCB discharges from the MS4 and CSO System to the Spokane River; and

   c.    To improve the water quality of the Spokane River consistent with the goals and objectives of the Clean Water Act.

## II.    **DEFINITIONS**

Unless otherwise expressly defined herein, terms used in this Consent Decree, which are defined in the CWA or in regulations, or rules promulgated under the CWA, have the meaning assigned to them in the applicable statutes, regulations, or rules.

## III.    **JURISDICTION AND VENUE**

For the purposes of entry and enforcement of this Consent Decree, the Parties stipulate that the United States District Court for the Eastern District of Washington has jurisdiction over the Parties and subject matter of this action.  The Parties

[Proposed] CONSENT DECREE
Case No.                                                - 3 -

further stipulate that venue is appropriate in the United States District Court for the Eastern District of Washington.  Solely for the purposes of entry and enforcement of this Consent Decree, the City agrees that it will not challenge Riverkeeper's standing to bring this action and/or to enforce the terms of this Consent Decree.

## IV.  EFFECT OF CONSENT DECREE

Riverkeeper does not, by its consent to this Consent Decree, warrant or aver in any manner that the City's compliance with this Consent Decree will constitute or result in compliance with any Federal or State law or regulation.  Nothing in this Consent Decree shall be construed to affect or limit in any way the obligation of the City to comply with all Federal, State and local laws, and regulations governing any activity required by this Consent Decree.

Neither this Consent Decree, nor any payment pursuant to the Consent Decree, shall constitute evidence or be construed as a finding, adjudication, or acknowledgement of any fact, law, or liability, nor shall it be construed as an admission of violation of any law, rule, regulation, permit, or administrative order by the City.  However, this Consent Decree and/or any payment pursuant to the Consent Decree may constitute evidence in actions seeking to enforce compliance with this Consent Decree.  The City maintains and reserves all defenses it may have to any alleged violations that may be raised in the future.

## V.      APPLICABILITY

This Consent Decree addresses and fully resolves all violations alleged by Riverkeeper from March 15, 2004, up to and through the Termination Date of the Consent Decree.

The Parties certify that their undersigned representatives are fully authorized to enter into this Consent Decree, to execute it on behalf of the Parties, and to legally bind the Parties to its terms.

The Parties agree to be bound by this Consent Decree and not to contest its validity in any subsequent proceeding to implement and enforce its terms.  Except as provided in this Consent Decree, no change in ownership or corporate or other legal status of the City or any transfer of the City's assets or liabilities shall in any way alter the responsibilities of the City or any of its successors under this Consent Decree.

## VI.    EFFECTIVE DATE, TERMINATION & MODIFICATION

The term "Effective Date," as used in this Consent Decree, shall mean the date the Court orders entry of the consent decree.

This Consent Decree shall terminate as to the City four ( 4) years from the Effective Date ("Termination Date") so long as all payments, fees, and costs due under or pursuant to this Consent Decree, including, but not limited to, provisions governing Supplemental Environmental Projects, Attorney's Fees and Costs, and Dispute Resolution, have been paid in full on or before the Termination Date.

In the event the City ceases to operate and maintain Spokane's MS4 and/or CSO System(s), or other factual circumstances or assumptions underlying this Consent Decree change materially, the City shall send a letter to Riverkeeper stating facts justifying full or partial termination or modification of the Consent Decree and requesting a stipulation to dismiss or modify.  Riverkeeper shall respond to the City's request within ten (10) days, and shall not unreasonably withhold approval of a stipulation.  In the event of a full or partial dismissal, the stipulation shall be substantially in the following form:  "Riverkeeper and the City hereby stipulate and agree that the City is hereby released from all (or part of the) obligations under the Consent Decree and that Riverkeeper shall not seek to enforce any term of this Consent Decree against the City whether or not the District Court approves this stipulation."  A stipulation for a modification shall be drafted based on the circumstances requiring the modification.  If Riverkeeper does not agree to stipulate

1    to the City's request, Riverkeeper or the City may invoke the Formal Dispute

2    Resolution process pursuant to Section X of this Consent Decree.

3    ### VII.  **COMMITMENTS OF DEFENDANTS**

4    Unless otherwise indicated, and subject to any required regulatory approvals

5    or modifications that may be required to reflect any applicable changes in legal or

6    regulatory requirements during the operative periods of these provisions, the City

7    agrees to develop, implement, and comply with the Adaptive Management Plan

8    (attached hereto as Exhibit A) beginning on the Effective Date of this Consent

9    Decree, as provided in Section VI, and completing phase I of the Adaptive

10   Management Plan no later than two (2) years after the Effective Date.

11   During implementation of the Adaptive Management Plan, the Parties shall

12   meet quarterly to allow the City to update Riverkeeper regarding the progress and

13   effectiveness of the Adaptive Management Plan.  If, as a consequence of

14   information discovered during implementation of the Adaptive Management Plan,

15   the City modifies the plan in any material way, the City will send those

16   modifications to Riverkeeper for comment.  Riverkeeper will have thirty (30) days

17   to provide written comments.  The City will have thirty (30) days to implement

18   Riverkeeper's recommendations, or will provide a written response as to why the

19   City will not implement the recommendations.  Both parties reserve the right to

20   invoke the Dispute Resolution set forth in Section X if they do not agree with the

21   Adaptive Management Plan modifications.

22   If at any point during the two (2) years set forth above, the MS4 Permit is

23   modified in a manner that will require material modification of the Adaptive

24   Management Plan, the City will send those modifications to Riverkeeper for

25   comment.  Riverkeeper will have thirty (30) days to provide written comments.

26   The City will have thirty (30) days to implement Riverkeeper's recommendations,

27   or will provide a written response why the City will not implement the

28

1 recommendation.  Both parties reserve the right to invoke the Dispute Resolution
2 set forth in Section X if they do not agree with the Adaptive Management Plan
3 modifications.

## VIII.  COMMITMENT OF PLAINTIFFS

4 1.    Subject to approval by the Court, pursuant to this Consent Decree:

5 A.    Riverkeeper's Complaint, and all claims therein, shall be
6 dismissed with prejudice upon the Effective Date, pursuant to Federal Rule of Civil
7 Procedure 41(a)(2), and judgment shall be entered accordingly; and

8 B.    The Court shall retain jurisdiction over the Parties for the Term
9 of this Consent Decree with respect to: (i) disputes arising under this Consent
10 Decree for which any of the Parties invoke Dispute Resolution; (ii) enforcement of
11 this Consent Decree; and, (iii) modification or termination of this Consent Decree
12 in whole or in part.

## IX.    SUPPLEMENTAL ENVIRONMENTAL PROJECTS

The City shall implement and complete the following Supplemental
Environmental Projects ("SEP"):

### A.    Supplemental Environment Project I:

1.    Within one hundred eighty (180) days from the Effective Date, the
City shall initiate a public education campaign on Low Impact Development
("LID") to include designing informational literature and public education through
City permitting counters, utility billing mailing inserts, the City's website, and/or
local public information forum booths/tables.  All applicants for a permit for new
development or for a substantial exterior modification to existing development shall
receive a copy of the LID information or specific reference to LID information on
the City's website.  The City shall provide drafts of such educational materials for
Riverkeeper's review and comment on or before the sixtieth day.  Riverkeeper shall
have thirty (30) days to submit comments on the LID materials to the City.  The

[Proposed] CONSENT DECREE
Case No.                                      - 7 -

City shall have thirty (30) days to implement Riverkeeper's recommendations, or provide a written response as to why the City will not implement the recommendations. Both parties reserve the right to invoke the Dispute Resolution set forth in Section X if they do not agree with materials or the comments provided by the other party.

2.      Within ninety (90) days of the Effective Date, the City shall hold an internal, interdepartmental meeting to first identify methods for developing and implementing a Low Impact Development regulatory structure for the City of Spokane. The meeting shall include representatives of the City's Planning, Engineering, Legal, and Utilities departments. The product of the meeting shall be a plan for developing a regulatory and/or incentive-based program for requiring LID at all new development within the City of Spokane.

3.      Within one (2) years of the Effective Date, the City staff shall develop a draft ordinance with monetary or other incentives for encouraging LID and shall present the draft ordinance to the City Council for consideration. This program could include permit fee rebates for developments implementing LID measures. Within one (1) year of the Effective Date the City shall provide Riverkeeper with a written summary of progress made toward developing a draft LID ordinance.

The City shall forward any draft documents generated pursuant to items 2 and 3 to Riverkeeper for review and comment. Riverkeeper shall have thirty (30) days to submit comments back to the City. The City will have thirty (30) days to implement Riverkeeper's recommendations, or will provide a written response as to why the City will not implement the recommendations. Both parties reserve the right to invoke the Dispute Resolution set forth in Section X if they do not agree with the above documents.

**B.      Supplemental Environmental Project II:**

1.      The City shall pay to the Rose Foundation for Communities and the Environment ("the Rose Foundation") the total sum of $125,000 to fund

supplemental environmental project activities that will improve water quality within the Spokane River watershed.  Within thirty (30) days of the Effective Date of this Consent Decree, payment shall be made via certified check payable to "The Rose Foundation for Communities and the Environment," and sent via certified mail, return receipt requested, to:

       The Rose Foundation for Communities and the Environment

       6008 College Avenue, Suite 10

       Oakland, California 94618

       Attention:  Tim Little

       2.     Riverkeeper shall ensure that the City receives an annual accounting from the Rose Foundation/Sangham Foundation specifying how the Rose Foundation dispersed any of the SEP Payment.  Such accounting shall indicate the recipient organization(s) of the SEP Payment and describe the projects funded.

       3.     Under no circumstances shall Riverkeeper receive any of the SEP Payment to use for any purpose.

       **C.**     **<u>Supplemental Environmental Project III</u>:**

       1.     The City agrees to allocate $125,000 in funds to implement a storm drain marking program[1] in the areas that have the highest incidence of PCB discharges into the MS4.  Riverkeeper seeks to provide the areas that have the highest amount of contamination with the educational tools that may prevent further polluted discharges into the MS4.

       2.     Within two (2) years of the Effective Date of this Consent Decree, the City agrees to spend the $125,000 on marking storm drains in the Union Basin and

---

[1]  The storm drain marking program serves to identify storm drains that lead directly to the Spokane River, the aquifer, or the CSO System and raises awareness about the link between the storm drain system and water quality.

[Proposed] CONSENT DECREE
Case No.           - 9 -

the High Industrial Zone CSO34 basin.  Based on information provided in the Adaptive Management Plan, pg. 7, the Union Basin and the High Industrial Zone CSO34 basins have approximately 420 storm drains.

      3.     The City shall allocate the $125,000 to mark only the drains in those areas.  The City shall provide semi-annual reports to Riverkeeper, indicating exactly what drains were marked, and the remaining amount in the SEP funds.

      **D.**     **Supplemental Environmental Project IV:**

      The City must provide the GIS layers for its MS4 system in "read only" format to Riverkeeper within thirty (30) days of the Effective Date of this Consent Decree, as provided in Section VI.

      **E.**     **Supplemental Environmental Project V:**

      1.     The City will provide a grant in the amount of $10,000 to the Spokane River Forum, a Washington non-profit corporation, to fund the costs of producing a stormwater educational guide.  The purpose of the guide is to educate industry and the public about the effect of pollutants in stormwater on the Spokane River and regulatory requirements for stormwater management.

      2.     The Spokane River Forum has agreed to create and print a Stormwater Public Guide.  In order to proactively prevent the discharge of polluted storm water into the storm water system, the Stormwater Public Guide will focus on the following issues: 1) how the stormwater system works; 2) the importance of not placing pollutants into these systems; 3) how stormwater from industrial facilities and residential activities may contain pollutants that enter the storm drain system and reach the Spokane River; 4) regulatory requirements for stormwater (both city and State); 5) citizen actions to proactively assist the prevention of discharges of pollutants to storm drains; and 6) small business actions, including applying for a General Industrial Stormwater Permit. The Spokane River Forum will be responsible for creating and producing the editorial and graphics of the Stormwater

Public Guide in consultation with both the City and Riverkeeper.

3.     The Spokane River Forum will provide drafts of the content of the proposed Stormwater Public Guide to the City and Riverkeeper.  Within thirty (30) days of receipt of the proposed Stormwater Public Guide, the Riverkeeper and the City shall either agree to the Stormwater Public Guide in writing, or provided written comments suggesting recommended changes.  In the event of a dispute amongst the Parties and the Spokane River Forum regarding the content of the Stormwater Public Guide, the Parties reserve the right to invoke the Dispute Resolution set forth in Section X.  The City reserves the right to withdraw its name and/or logo from the Stormwater Public Guide if it cannot ultimately agree to the content.

The City shall provide the grant by check, within thirty (30) days of the Effective Date, payable and delivered to:

> Spokane River Forum
>
> 2206 S. Sherman
>
> Spokane, Washington 99203

## X.     DISPUTE RESOLUTION AND ENFORCEMENT

If a dispute under this Consent Decree arises, or if any Party believes that a breach of this Consent Decree has occurred, the Parties shall meet and confer within fourteen (14) days of receiving written notification from any other Party of a request for a meeting.  This notification shall explicitly state the nature, underlying facts and legal grounds for the dispute or alleged breach.  At this meeting, the Parties shall discuss the dispute or alleged breach and seek to develop a mutually agreed upon plan, including implementation dates, to resolve the dispute or alleged breach.

If the Parties fail to meet and confer or if the meeting does not resolve the issue, and after at least seven (7) days have elapsed since the meet and confer

[Proposed] CONSENT DECREE
Case No.                              - 11 -

occurred or should have occurred, each Party shall be entitled to all rights and remedies under the law, including bringing a motion before the United States District Court for the Eastern District of Washington, which shall retain jurisdiction over the action for the Term of this Consent Decree, for the limited purposes of resolving disputes arising under this Consent Decree, enforcement of this Consent Decree, and modification or termination of this Consent Decree in whole or in part.

## XI.    REIMBURSEMENT OF FEES AND COSTS.

1.    The City shall reimburse Riverkeeper in the amount of $38,574.13 for attorney's fees and costs, consultant and expert fees and costs, and all other fees and costs incurred by Riverkeeper in connection with the litigation resolved by this Consent Decree.

2.    The City shall provide such reimbursement by check, payable and delivered as follows, within thirty (30) days of the Effective Date payable to "Center for Justice," to be used exclusively for reimbursement of Riverkeeper's attorneys, expert/consultant fees and litigation costs in this action, and delivered to:

> Center for Justice
>
> 35 W. Main, Suite 300
>
> Spokane, Washington 99201

## XII.   WAIVER AND RELEASES

1.    CFJ Waiver and Release:  Riverkeeper and CFJ, on their own behalf and on behalf of their respective officers, directors, employees, members, parents, subsidiaries, affiliates and each of their successors, assigns, insurers, agents, attorneys, consultants and other representatives:

A.    Releases the City and its respective officers, directors, employees, members, parents, subsidiaries, affiliates, contractors and subcontractors, and each of their predecessors, successors, insurers, agents, attorneys, consultants and other representatives (collectively the "Released Parties,"

[Proposed] CONSENT DECREE
Case No.                                        - 12 -

or each individually a "Released Party") from, and waives, all claims alleged in this action, including without limitation all claims for injunctive relief, damages, penalties, fines, sanctions, mitigation, fees (including fees of attorneys, experts, and others), costs, expenses or any other sum incurred or for matters relating to the claims and allegations that were asserted by Riverkeeper in its Complaint, and 60-Day Notice, relating to alleged violations of the Clean Water Act, Phase II Permit, and NPDES permit No. WA-002447-3, occurring or arising up to and including the Effective Date (the "Riverkeeper Released Claims");

      B.    Covenants not to sue Released Parties, and each Released Party, with respect to the Riverkeeper Released Claims, and to other claims, if any, relating to any discharge of storm water or wastewater at or from the City's MS4 system or RPWRF in alleged violation of the Clean Water Act, Phase II Permit, NPDES permit No. WA-002447-3 that may occur or arise up to and including the Effective Date;

      C.    However, this release does not operate to preclude the City's liability as to any claims which were unknown by Riverkeeper at the time of executing this Consent Decree and the City expressly reserves all defenses with respect to such claims;

    2.    <u>The City's Waiver and Release of Riverkeeper</u>:  The City, on its own behalf and on behalf of those Released Parties under its control, releases Riverkeeper and its respective officers, directors, employees, members, parents, subsidiaries, and affiliates, and each of its successors, insurers, agents, attorneys, consultants and other representatives from, and waives all claims which arise from or pertain to, the Riverkeeper Released Claims, occurring or arising up to and including the Effective Date.

    3.    <u>No Admission</u>:  The Parties enter into this Consent Decree for the purpose of avoiding the time, expense, and uncertainty of further litigation.

[Proposed] CONSENT DECREE
Case No.
          - 13 -

Nothing in this Consent Decree shall be construed as, and the Released Parties expressly do not intend to imply, any admission as to any alleged fact, finding, issue of law, or violation of law, nor shall compliance with this Consent Decree constitute or be construed as an admission by the Released Parties of any alleged fact, finding, conclusion, issue of law, or violation of law.  However, this paragraph shall not diminish or otherwise affect the obligation, responsibilities, and duties of the Parties under this Consent Decree.

## XIII.  MISCELLANEOUS PROVISIONS

1.      Court Approval:  This Consent Decree is subject to notice, review and comment by the United States Department of Justice and the Environmental Protection Agency, and approval by the Court, as provided by the Clean Water Act.

2.      Execution in Counterparts:  The Consent Decree may be executed in one or more counterparts which, taken together, shall be deemed to constitute one and the same document.

3.      Severability:  In the event that any of the provisions of this Consent Decree are held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

4.      Construction:  The language in all parts of this Consent Decree, unless otherwise stated, shall be construed according to its plain and ordinary meaning.

5.      Authority to Sign:  The undersigned are authorized to execute this Consent Decree on behalf of their respective Parties and have read, understood and agreed to all of the terms and conditions of this Consent Decree.

6.      Integrated Consent Decree:  All agreements, covenants, representations and warranties, express or implied, oral or written, of the Parties concerning the subject matter of this Consent Decree are contained herein.

7.      Delivery of Notice or Documents:  Any notices or other documents required or provided for by this Consent Decree or related thereto that are to be

[Proposed] CONSENT DECREE
Case No.                                    - 14 -

1  provided to any of the Parties pursuant to this Consent Decree shall be sent by

2  facsimile, e-mail transmission, or first-class mail to each of the following

3  representatives of the Parties.  Notice shall be deemed to be given and received on

4  the date received by facsimile or e-mail transmission, if such notice is given by

5  facsimile or e-mail transmission to all recipients between 9:00 a.m. and 5:00 p.m.

6  Pacific Standard Time ("PST") on a business weekday.  If notice is given by

7  facsimile or e-mail transmission after 5:00 p.m. PST on a weekday or on a weekend

8  day, notice shall be deemed received on the next business weekday.

9

10      Notices or documents for Riverkeeper shall be sent to:

11

12          Michael Chappell
            University Legal Assistance
13          P.O. Box 3528
            721 N Cincinnati St
14          Spokane, WA 99220
            Telephone:  (509) 313-5791
15          Facsimile:  (509) 313-505
            Email:  mchappell@lawschool.gonzaga.edu
16

17          Rick Eichstaedt
18          Spokane Riverkeeper
            35 W. Main St. Suite 300
19          Spokane, WA 99201
            Telephone:  (509) 835-5211
20          Facsimile:  (509) 835-3867
            Email:  ricke@cforjustice.org
21

22

23      Notices of documents for the City shall be sent to:
24

25          Howard F. Delaney, City Attorney
            Office of the City Attorney
26          808 W. Spokane Falls Blvd.
            Spokane, WA 99201-3326
27          Telephone:  (509) 625-6225
28

[Proposed] CONSENT DECREE
Case No.                          - 15 -

Facsimile:  (509) 625-6277
Email:

With copies sent to:

Craig Trueblood
K&L Gates, LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

8.   <u>No Assignment</u>:  No assignment of the rights or obligations of the Parties set forth in this Consent Decree shall be effective or enforceable unless the assignment is approved in writing by both Parties.

9.   <u>Facsimile Signatures</u>:  The Parties' signatures to this Consent Decree transmitted by facsimile shall be deemed binding.

10.   <u>Impossibility of Performance</u>:  No Party shall be considered to be in default in the performance of any of its obligations under this Consent Decree when performance becomes impossible due to circumstances beyond the Party's control, or when failure to perform is materially contributed to by circumstances beyond the Party's control, including without limitation any Force Majeure, including any act of God, war, fire, earthquake, windstorm, flood or natural catastrophe; civil disturbance, vandalism, sabotage or terrorism; restraint by court order or public authority; or action or non-action by, or inability to obtain the necessary authorizations or approvals from any governmental agency.  "Circumstances beyond the Party's control" shall not include normal inclement weather, economic hardship or inability to pay.  Any Party seeking to rely upon this paragraph shall have the burden of establishing that it could not reasonably have been expected to avoid, and which by exercise of due diligence has been unable to overcome, the failure of performance.

avoid, and which by exercise of due diligence has been unable to overcome, the failure of performance.

11.    Court Approval:  If for any reason the Court should decline to approve this Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify the Consent Decree within thirty (30) days so that it is acceptable to the Court.  If the Parties are unable to modify this Consent Decree in a mutually acceptable manner within thirty (30) days, this Consent Decree is voidable at the sole discretion of any Party and the terms of this Consent Decree may not be used as evidence in any litigation between the Parties.

The Parties hereto enter into this Consent Decree and submit it to the Court for approval and entry as a final judgment.

**APPROVED AS TO CONTENT AND FORM:**

SPOKANE RIVERKEEPER

By: _____
Rick Eichsteadt, Riverkeeper

CITY OF SPOKANE

By: _____
XXXXX, City of Spokane

[Proposed] CONSENT DECREE
Case Nos
CONFIDENTIAL – FOR SETTLEMENT PURPOSES
ONLY

- 17 -

11.    <u>Court Approval</u>:  If for any reason the Court should decline to approve this Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify the Consent Decree within thirty (30) days so that it is acceptable to the Court.  If the Parties are unable to modify this Consent Decree in a mutually acceptable manner within thirty (30) days, this Consent Decree is voidable at the sole discretion of any Party and the terms of this Consent Decree may not be used as evidence in any litigation between the Parties.

The Parties hereto enter into this Consent Decree and submit it to the Court for approval and entry as a final judgment.

**APPROVED AS TO CONTENT AND FORM:**

SPOKANE RIVERKEEPER
and CENTER FOR JUSTICE


By: _____
Rick Eichsteadt, Riverkeeper


CITY OF SPOKANE


By: _____
Honorable Mary Verner,
Mayor

1    DATED

2

3

4

5

6

7

8

9

10    IT IS HEREBY ORDERED that this Consent Decree is approved and entered

11    accordingly, subject to the ongoing jurisdiction of the Court, for the purposes of

12    enforcement of this Consent Decree.

13    APPROVED AND SO

14    ORDERED:

15                                                    *s/Lonny R. Suko*

16                                    _____

17                                    Lonny R. Suko          , Judge
                                     United States District Court

18

19    DATED:    August 22, 2011.

20

21

22

23

24

25

26

27

28

1

**Exhibit A**

2    Attach Adaptive Management Plan.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] CONSENT DECREE
Case No.                                    - 19 -

CITY OF SPOKANE
Adaptive Management Plan
for Reducing PCBs in Stormwater Discharges
March 2011

Prepared by
The City of Spokane
Wastewater Management Department

1

## Table of Contents

1.0    Background

2.0    Existing BMPs

3.0    Phase I

    3.1    Prioritization

    3.2    Remedial Maintenance

    3.3    Sampling

    3.4    Measurement of Goals/Reporting

    3.5    Scheduling

4.0    City's Internal Regulatory Review/Update/Revise

    4.1    Review/Update/Revise Critical Materials List under Spokane Municipal Code Title 17E, Chapter 17E.010, Critical Aquifer Recharge Areas – Aquifer Protection.

    4.2    City of Spokane Stormwater Regulations

    4.3    Industrial Pretreatment Program

5.0    Future Phases/BMPs

6.0    DOE Consultation

7.0    Public Involvement

8.0    Conclusion and Future Steps

2

## 1.0  BACKGROUND

Throughout the last thirty years, Polychlorinated Biphenyls ("PCBs") have been identified ubiquitously throughout the environment.  The presence of these chemicals in the environment stem from their historic prolific incorporation in many materials and substances, including construction materials, fabrics, hydraulic fluids, transformer oils, printers' inks, and are frequently associated with industrial sites.[1]  PCBs' adverse impacts on wildlife and human toxicological and epidemiological impacts have been studied and documented within the scientific and medical literature, and PCBs are therefore a key focus of state and federal environmental and health regulation.

The City is subject to the regulatory requirements imposed by the National Pollutant Discharge Elimination System ("NPDES") Eastern Washington Phase II Municipal Stormwater Permit[2] ("the Stormwater NPDES Permit").  Specifically, Section S.4, entitled "Compliance with Standards" allows the City to follow an adaptive management plan compliance pathway[3] when there is evidence that the City's stormwater discharges may be contributing to a violation of water quality standards.  Under adaptive management, the City must reduce the discharge of pollutants to the maximum extent practicable and provide all known, available, and reasonable methods of prevention, control and treatment ("AKART") to prevent and control pollution of waters of the State of Washington, among other requirements.

Pending the Washington State Department of Ecology's ("Ecology's") development and implementation of a Total Maximum Daily Load for PCBs ("PCB TMDL"), the City has prepared this *Adaptive Management Plan for Reducing PCBs in Stormwater Discharges* ("Adaptive Management Plan") for Ecology's review and approval in order to satisfy the regulatory requirements of Section S.4 of the NPDES Stormwater Permit.

The City has also elected to collaborate with the Center for Justice Spokane Riverkeeper and the Gonzaga University Law School Environmental Law Clinic in preparing this Adaptive Management Plan, based on those programs' proactive interest in addressing PCBs in the City's stormwater discharges.

This Adaptive Management Plan is also intended to support the City's compliance with its Riverside Park Water Reclamation Facility ("RPWRF") National Pollutant Discharge

---

[1]      According to the U.S. Department of Health and Human Services' Agency for Toxic Substances and Disease Registry's publication entitled "Tox FAQs for Polychlorinated Biphenyls (PCBs)," dated February, 2001, "PCBs have been used as coolants and lubricants in transformers, capacitors, and other electrical equipment because they don't burn easily and are good insulators. The manufacture of PCBs was stopped in the U.S. in 1977 because of evidence they build up in the environment and can cause harmful health effects. Products made before 1977 that may contain PCBs include old fluorescent lighting fixtures and electrical devices containing PCB capacitors, and old microscope and hydraulic oils.

[2]      Eastern Washington Phase II Municipal Stormwater Permit, Issuance Date: January 17, 2007, Effective Date: February 16, 2007, Expiration Date: February 15, 2012, Modification Date: June 17, 2009, issued pursuant to the Clean Water Act's National Pollution Discharge Elimination System by State of Washington Department of Ecology.  The City's Stormwater NPDES Permit Coverage Number is WAR04-6505.

[3]      The term "adaptive management" is explained in the steps listed in this report, summarized in section 7.

3

Elimination System Waste Discharge Permit Number WA-002447-3 ("RPWRF NDPES Permit"), [4] Section S.13.A, entitled "Combined Sewer Overflows," in particular. The RPWRF NPDES Permit regulates treated effluent discharges from the RPWRF and combined sewage discharges from the sewer collection system. While Section S.13.A acknowledges that "combined sewer overflows ("CSOs") . . . are occasional point sources of pollutants as a result of precipitation events," the Permit does not authorize "discharge from a CSO that causes adverse impacts that threaten characteristic uses of the receiving water as identified in the Water Quality Standards . . . ."[5] The measures proposed in this Adaptive Management Plan seek to meet regulatory requirements set forth in the RPWRF NPDES Permit regarding PCBs.

The City of Spokane has participated cooperatively in PCB sampling programs with Ecology and the Spokane Regional Health District. Specifically, City staff worked with Ecology to arrange and conduct stormwater sampling. The resultant data was used by Ecology in subsequent studies and reports, such as the 2006 *Draft* Spokane River PCBs Total Maximum Daily Load Water Quality Study[6] and the 2007 Spokane River PCB TMDL Stormwater Loading Analysis - Final Technical Report.[7] Likewise, Ecology sampling results from sites along the Spokane River over recent years have also detected elevated levels of PCBs in the Spokane River, river sediments and river biota.[8] Ecology's Urban Waters Initiative performed sampling of stormwater in the City's system in 2009 and 2010. The City will review the data on PCBs from this sampling and coordinate with the Urban Waters Initiative as it proceeds with this Adaptive Management Plan.

The ultimate purpose of this Adaptive Management Plan is to reduce PCBs in stormwater discharges, in compliance with the Stormwater NPDES Permit and the RPWRF NPDES Permit, Sections S.4 and S.13, respectively, in particular, to reduce PCB discharges to the maximum extent practicable, and to use AKART in doing so through the following three main strategic concepts:

(1)     to further analyze, organize, and interpret existing PCB sampling data referenced above as it relates to the City's Stormwater NPDES Permit;

---

[4]     National Pollutant Discharge Elimination System Waste Discharge Permit, Issuance Date: March 30, 2000; Effective Date: April 1, 2000; Expiration Date: March 29, 2005 (as extended), issued pursuant to the Clean Water Act's National Pollutant Discharge Elimination System by the State of Washington Department of Ecology.
[5]     RPWRF NPDES Permit, at p. 34.
[6]     Ecology, 2006. Department of Ecology *Draft* Spokane River PCBs Total Maximum Daily Load Water Quality Improvement Report. Washington State of Washington Department of Ecology, Olympia, WA. Publication Number 06-03-024, at p. 10.
[7]     Ecology, 2007. Department of Ecology Spokane River PCB TMDL Stormwater Loading Analysis, Final Technical Report. State of Washington Department of Ecology, Olympia, WA. Publication Number 07-03-055, at pp. 4-5.
[8]     Ecology, 1995. Department of Ecology 1993-94 Investigation of PCBs in the Spokane River. Washington State Department of Ecology, Olympia, WA. Publication No. 95-310.

4

(2)    to identify likely sources of PCBs and prioritize the design and implementation of appropriate remedial actions and Best Management Practices ("BMPs") consistent with AKART; and,

(3)    to develop and design an adaptive approach for additional data collection and additional remedial actions that further reduce PCB impacts within the City and the Spokane River on a long-term basis to the extent necessary to comply with state and federal regulatory requirements under the Clean Water Act. As outlined in Section 3.5, the City will develop an annual report on sampling results and activities conducted during Phase I that will be used to inform decision making on future measures undertaken as part of this Adaptive Management Plan.

## 2.0    EXISTING BMPs

Condition S.4.F requires that the City include a description of the operational and/or structural BMPs that are currently being implemented. The City currently has a Stormwater Management Program that includes multiple BMPs for addressing stormwater discharges. These practices include the following:

1. Conducting internal training about stormwater management;
2. Responding to stormwater complaints;
3. If an illicit discharge is detected staff responds appropriately;
4. Additional street sweeping is conducted to control pollutants and debris;
5. Participate in public venues to educate the public about stormwater;
6. Educating citizens and businesses as needed to address problems;
7. Developing and distributing stormwater brochures;
8. Continuously improving design standards;
9. Maintaining and retrofitting bioinfiltration swales,
10. Installing and maintaining regional drainage facilities;

Pursuant to the Stormwater NPDES permit, the City must make its Stormwater Management Program available annually (by May) and will be including an updated version with its annual report to Ecology. The particular BMPs outlined in this Adaptive Management Plan expand on the existing BMPs in order to investigate and address PCBs in stormwater.

## 3.0    PHASE I

Phase I of this Adaptive Management Plan will focus on remedial maintenance, sampling and analysis of existing information. The City has initiated a general strategy of active research and reconnaissance that involves analysis, organization, and interpretation of existing PCB sampling data.    Additional work in this area is acknowledged to be required. However, analysis of existing data compared against known existing land uses and features such as businesses, railroad lines and other

5

industries shows a general pattern of elevated levels of PCBs in stormwater discharges covered by the Stormwater NPDES Permit in the Union Basin, which is a separated MS4 drainage basin. *See* Figure 1; Table 1. The work effectuated under this Adaptive Management Plan, for the purposes of Section S.4 of the Stormwater NPDES Permit, will therefore focus on identifying, testing, remediating, and monitoring stormwater inlet sediments within this geographic area during the 2010-2011 timeframe. (*See* Section 4.0, "Prioritization, Maintenance, and Sampling" below)

Additionally, in order to support its compliance with Section S.13.A of the RPWRF NPDES Permit and to more fully address PCBs in stormwater, the City will also focus on remedial maintenance in the High Industrial Zone of CSO Basin 34, which is a combined sewer basin overflow drainage area ("CSO#34"). *See* Figure 1; Table 2.

Although the City will initially focus on remedial maintenance in the two priority areas, additional active research and reconnaissance to further identify sources of elevated PCBs will include the following:

> 1.      conducting detailed land use research, including review of available aerial photographs, Sanborn Fire Insurance Maps, City Directories and archives, Spokane County Health District Records, Metsker Maps, Ecology and EPA online databases (and paper file reviews, as necessary);

> 2.      investigating historical title transfers (i.e., County Auditor research and/or formal title examination/reports);

> 3.      utilizing the City's street use franchise agreement with the City's local power company, Avista Utilities, which includes provisions for supplying the City with reports and information, and working with Avista on historical and current sources of PCBs;

> 4.      "windshield evaluation" of known suspected source sites to identify potential sources of PCBs on City-owned or privately owned parcels, including investigating current land use on the suspected sites (the City will coordinate with the Spokane Regional Health District's Local Source Control Specialist on a criteria checklist and for any information it has collected); and

> 5.      compiling new research identified in 1., 2., 3., and 4. above within a Geographic Information System (GIS) shape file for overlay on existing City stormwater infrastructure layers.

The City will coordinate with Ecology's Urban Waters Initiative to prevent duplication of efforts and maximize resources. The City will notify Ecology if, during its reconnaissance, it identifies underground injection control ("UIC") wells on private property that may not meet the requirements of Ecology's UIC Program. Pursuant to EPA regulations, the City is required to inventory and certify all City-owned UIC wells every three years and will continue to do so.

Specifically, the City anticipates this first round of active research and reconnaissance will assist staff in identifying movement of contaminants from sources to and through the City's storm water system. The results of this additional research and reconnaissance will be reported and evaluated through the annual report process (*see* Section 3.5), informing future remedial maintenance and other potential measures during future phases under this Adaptive Management Plan. The next phase of measures will be outlined in the City's 2011 Annual Report to Ecology.

## 3.1    Prioritization of Remedial Maintenance

There are a total of 73 stormwater inlet/catch basin facilities in the Union Basin, which, depending on location, discharge to drywells, storm sewers or combined sewers (Figure 1). For organizational purposes, a list of each inlet within the Union Basin has been created (Table 1). There are also a total of 346 facilities in the High Industrial Zone CSO34. An additional table has been created listing each inlet in the High Industrial Zone CSO34 (Table 2). PCBs may be entrained in the sediments that have collected in catch basins over the years such that the sediment may contribute to PCBs in stormwater. These sediments can be removed by a methodology involving physically pumping these sediment repositories, and properly disposing of the contaminated material, thereby eliminating a suspected current source of PCBs to stormwater discharges within these priority areas.

Additional research results from Section 3.0 are anticipated to further guide the City's future decision-making. Based on current available information, the City will prioritize stormwater facility remedial maintenance in 2010-2011 on facilities identified within Union Basin and High Industrial Zone CSO34. The City expects to conduct remedial maintenance at all 419 inlets in the two priority areas during 2010-2011. These areas consist of light industrial, office and commercial zoning. Some trunk sewers which receive stormwater flow from the Union Basin are also included in this group (Figure 1). Data tables will be generated to further identify target areas for pumping catch basins and drywells. The tables will include information about the location and ID number of each catch basin.

The City will send a flyer or post card to all sewer customers in those basins explaining the management efforts the City will be undertaking during Phase I. The City will provide both Riverkeeper and Ecology with an opportunity to comment on the content of the flyer or postcard before it is distributed.

## 3.2    Remedial Maintenance

To help assure the 2010 – 2011 project goals are met, the City's Wastewater Management Department will dedicate two Vactor Catch Basin Pumping trucks to the remedial maintenance work. A two-person crew will be assigned to operate each truck. Each crew will receive specialized instruction and training regarding the purpose of the

7

project and proper handling of all materials involved in compliance with the NPDES Stormwater Permit, the City's Stormwater Program, and other applicable regulatory requirements.

Sediments removed from the catch basins will be kept dry in accord with specified protocols for pumping and disposal. Protocols under development involve sawdust or other similar medium being pumped into an empty truck to absorb any excess water. Standing water in the catch basin will then be pumped off into the truck for holding and disposal. Staff will limit the amount of debris collected each day in order to assure the driest loads possible are deposited at the sediment handling facility (see below). Crews will be trained to minimize track-off conditions, to absolutely minimize issues for surrounding sites and adjoining City of Spokane streets. All material and water will ultimately be thoroughly mixed with a drying agent and be off-loaded at the Solid Waste Northside Landfill lined disposal cell site or another appropriate disposal facility.

Pursuant to U.S. EPA regulations, dewatered sediments with a total PCB concentration less than 50 ppm may be disposed at municipal solid waste landfills. However, pursuant to Ecology regulations, dewatered sediments with a total PCB concentration less than 2 ppm may be disposed at the solid waste landfills in Washington State. Accordingly, dewatered sediments with a total PCB concentration less than 2 ppm will be disposed at the Northside Landfill or similar facility in Washington State, and dewatered sediments with a total PCB concentration greater than 2 ppm but less that 50 ppm will be disposed at a licensed solid waste landfill outside the State of Washington, or at a hazardous waste or TSCA landfill. Dewatered sediments with a total PCB concentration exceeding 50 ppm will be disposed of a hazardous waste or TSCA landfill.

During the 2010-2011 timeframe, the City's Wastewater Management Department has also initiated plans to construct new sediment handling facility at a site (formerly Playfair Racetrack) that Wastewater Management currently owns and has plans to develop to support its CSO program. Although the construction of the sediment handling facility is still in the planning phase, the facility design shall include a covered area to protect the drying process from the weather and a concrete floor to prevent seepage into the soil. The site will be fenced and gated to limit access to authorized City staff and to prevent public access. In the event that the facility cannot be located at the Playfair site as planned, City staff will report as required by Section 3.5 below and revise this Adaptive Management Plan to reflect its revised location for the facility.

### 3.3   Sampling

All sampling will be conducted consistent with the *Spokane Basin Sampling and Analysis Plan (SAP) and Quality Assurance Project Plan (QAPP) for the Spokane River Source Trace Study Regarding PCB, PBDE, Metal, and Dioxins/Furan Contamination* (Fernandez and Hamlin, 2009). The City will ensure that employees receive proper training consistent with the SAP and QAPP.

8

The City plans to collect individual samples from sediments entrained in catch basins. Samples will be composited in defined areas (10-20 catch basins per composite sample) and analyzed to determine whether total PCBs in composite samples exceed applicable thresholds (1 mg/kg per WAC 173-340-900 and WAC 296-843-100).[9] Individual catch basin samples will be archived pending results of the analysis of composite samples in order to properly dispose of sediments removed from catch basins.

If composite concentrations in particular areas exceed 1 mg/kg, the City anticipates then running analysis on individual samples from each catch basin in the group to determine total PCB concentrations by catch basin and identify "hot spot" subbasins. Depending on those results, the City may perform additional sampling, including congener sampling if necessary, to more specifically determine the source of the PCBs. Catch basins in concentrated or high risk focus areas identified through research results (Section 3.0) may also be subject to additional sampling and analysis.

The total PCB concentrations in the initial composite samples will also be used to estimate the total amount of PCBs removed from catch basins, as described in Section 4.2, and to determine the appropriate location for disposal of sediments as described in Section 4.2.

Lab analysis for the City's composite samples shall be conducted by the following laboratory:

> Anatek Labs, Inc.
> 504 East Sprague Avenue
> Spokane, WA
> (509) 838-3999.

Additional laboratories may be used if the City requires sample analysis for lower concentrations of PCBs than can be processed at Anatek Labs, Inc.

The City will continue to work cooperatively with Ecology on analysis of existing stormwater sampling results and stormwater sampling programs. Specifically, the City will incorporate data from sampling performed by Ecology's Urban Waters Initiative in its future decision making under this Adaptive Management Plan.

The City anticipates stormwater sampling to be required under its NPDES permit beginning in 2012 and plans to begin taking stormwater samples at that time. The timing for this sampling is appropriate given that the City will have completed removal of sediments entrained in catch basins, thereby removing them as a potential secondary source of PCBs. Stormwater sampling after sediment removal will be used to determine

---

[9] The concentration in the composite sample will also determine whether City staff can conduct the pumping or whether an environmental contractor must be included in the Plan for handling and disposing any material exceeding applicable thresholds, pursuant to WAC 296-843. Examples of such contractors are set forth in Table 2.

9

whether there are ongoing primary sources conveying PCBs to these catch basins that should be addressed during Phase II.

Although PCB concentrations will inevitably vary depending on the location and time they are taken, results may also be compared to samples taken by the City in 2004 as part of the PCB TMDL process and samples taken by Ecology. *See* PCB TMDL, Table 22, p. 61 Follow-up stormwater sampling will be used to determine whether there are ongoing primary sources of PCBs in particular areas. Stormwater sampling results may also assist in locating private concerns or properties which may be sources of PCBs.

Additionally, long-term stormwater monitoring will be used to develop a database sufficient to prepare a performance-based PCB goal for the City's stormwater system.

### 3.4    Measurement of Goals/Reporting

Through this Adaptive Management Plan, the City expects to demonstrate a measureable reduction of PCBs in stormwater discharges by reporting the weight of contaminated material removed. The method of tracking this removal will be by measuring the overall weight of material disposed at the Northside Landfill or other appropriate disposal facility. City trucks will utilize the Landfill scale each time debris is off-loaded. A total weight of debris removed from the City's system facilities will be carefully documented along with the concentration of PCBs. Both the total weight and the weight of PCBs removed from the system will represent the overall success of the plan. This data will support meeting the assimilative capacity for the River of 27.86 mg PCB/day set by Ecology in the Draft PCB TMDL.

The City's Wastewater Management GIS group will prepare a data management plan to identify, track, and document City facilities' remedial maintenance and sampling histories.

### 3.5    Scheduling

Section S.4 of the NPDES Stormwater Permit requires development of a schedule for implementing any additional BMPs including, as appropriate, designation of funding sources, training, purchasing, construction, monitoring, and other assessment and evaluation components of implementation.

The City will provide Ecology and the public a written report of updated sampling results, activities conducted, and proposed strategic revisions on an annual basis in conjunction with (but separately documented from) the annual reporting required under the Stormwater NPDES Permit and in addition to the reporting required by the RPWRF NPDES Permit. The annual report will also estimate improvements in water quality in the Spokane River as a result of the actions taken under the Adaptive Management Plan relative to the goals in the 2006 *Draft* Spokane River PCBs Total Maximum Daily Load Water Quality Study and 2007 Final Report. The TMDL will assign a "loading capacity" for PCB discharge to the Spokane River and corresponding waste load

allocations to particular dischargers. The City's remedial maintenance actions during Phase I of the Adaptive Management Plan are intended to reduce the City's PCB load to the River, consistent with the goals of the draft TMDL. The 2011 annual report will also incorporate PCB data obtained by Ecology's Urban Waters Initiative. The report will be used as a mechanism to decide on future measures to be undertaken during future phases under this Adaptive Management Plan based on the results of the first phase and available data (*See* Section 5.0 regarding potential measures).

The City anticipates completing activities under 2.0, 3.0, and 4.0 herein during 2010, 2011 and, at the latest, 2012. The findings, research, data, and analysis gathered during 2010 will form the foundation of a detailed, reliable schedule for future activities which the City will then present, following consultation with Ecology and public involvement as described herein, within its 2011 annual report. These activities and timelines are outlined in the following chart. However, timeframes will be subject to change based on the outcomes from the activities.

| ACTIVITY/BMP | TIMEFRAME |
|---|---|
| Review and analysis of stormwater data | 2010-2011 |
| Remedial maintenance in priority catch-basins | 2010-2011 |
| Active research and reconnaissance to identify PCB sources | 2010-2011 |
| Annual report to Ecology (including future measures to be added to ADP) | June 2011 |
| Stormwater sampling | To begin in 2012 |
| Development of future phases | June - Aug 2011, based on results of Phase I |
| Remedial maintenance in other areas and/or upstream of catch-basins | 2012, and as determined after Phase I |

**4.0    CITY'S INTERNAL PROCEDURE AND REGULATORY REVIEW/UPDATE/REVISION**

The City shall review its own internal regulatory structure to determine avenues (either direct or indirect) for reducing discharge, presence, and persistence of PCBs into the environment by the City itself and by third-party residential, industrial and commercial business within the City limits. To assist in the internal review process and implementation of the Adaptive Management Plan generally, the City has designated Raylene Gennett as its Stormwater Coordinator.

*4.1    Review/Update/Revise Critical Materials List under Spokane Municipal Code Title 17E, Chapter 17E.010, Critical Aquifer Recharge Areas – Aquifer Protection.*

11

The City's Wastewater Department will work with the Planning Department, Legal Department and Environmental Programs Office to revise the concentration threshold of PCBs on the City's Critical Materials List.

Title 17E of the Spokane Municipal Code (SMC), Chapter 17E.010 allows the City to protect "the health, safety and welfare of the general public through protection of local groundwater resources and the public drinking water supply . . . and reverse continued degradation of the Spokane aquifer . . . ." The City is working toward reducing the PCB threshold concentration triggering the regulatory requirements in Chapter 17E.010 SMC (including secondary containment) to mirror the Spokane Tribe of Indian's PCB TMDL concentration (which is currently set at 3.37 parts per quadrillion).

### 4.2    City of Spokane Stormwater Regulations

The City shall review/update/revise the current proposed regulatory amendments to its stormwater regulations to incorporate best management practices to reduce discharge, presence, and persistence of PCBs in the environment by the City and private third-parties. In compliance with State Stormwater Management Program requirements, the City updated Chapter 17D.060 SMC of its stormwater management program and added Chapter 17D.090 SMC as a new chapter to Title 17 concerning erosion and sediment control. The City shall also review and revise its regulations and policies as necessary to provide for more frequent construction-phase inspections on private properties in priority basins. The City may also work with Ecology to ensure that private parties obtain coverage under the Construction Stormwater General Permit where those activities are subject to the permit. *See* Construction Stormwater General Permit (effective Dec. 16, 2005), Condition S.1.

### 4.3    Industrial Pretreatment Program

Under the RPWRF NDPES Permit the City and Spokane County have delegated permitting, monitoring and enforcement authority for industrial users discharging to the treatment system. The City's Industrial Pretreatment Program is contained in Chapter 13.03A SMC. The City shall review its authority under the program and expand the scope as necessary to include inspections and monitoring of PCBs. The City will also work with Spokane County to ensure the County has sufficient authority to conduct inspections and monitoring of PCBs to the extent necessary for the City to meet its obligations in the RPWRF NDPES Permit.

### 5.0    FUTURE PHASES/BMPS

The City anticipates developing additional measures/BMPs for future phases based on the results of the active research and reconnaissance outlined for the first phase of the Adaptive Management Plan. These measures may include the following:

12

(a)    Development of procedures for the City to address circumstances where a private property owner is a suspected source of PCBs based on the results of the first round of research and reconnaissance. These future measures will be developed based on the results of the first phase and the particular circumstances, but may include disconnnecting the source from the City's storm system (i.e., recommend disconnection from the City's storm water system, reporting to DOE ); and

(b)    Development of protocol for absentee landowners that are a source of PCBs.

The particular measures the City uses must be based on the circumstances as determined through the first phase. For instance, if the City determines, based on sediment and stormwater sampling, that there is an ongoing source of PCBs in the area of a particular catch-basin, it could conduct further research to pinpoint the source to a particular property or facility. This research may include reviewing TSCA registries, inquiring with landowners in the area, smoke or dye tests of storm drains, and performing or asking an owner to perform soils sampling near storm drains, as necessary. Under these circumstances, the City would also notify owners of on-going sources of PCBs in the affected subbasin of their legal obligations to comply with these efforts.

If the City pinpoints a source of PCBs to the City's stormwater system, it will employ measures to control that source, depending on the circumstances. These may include working with Ecology to levy fines or take other enforcement action.  If a site is identified as a source of PCBs, Ecology will be notified for possible Ecology follow-up, which may include the need for cleanup action. The City may also require industrial businesses to obtain coverage under the Industrial Stormwater General Permit. Coverage would require the business to develop a Stormwater Pollution Prevention Plan (SWPPP) with mandatory BMPs and comply with other permit conditions. Permit coverage is required for businesses and/or facilities that have specific Standard Industrial Classification (SIC) codes, but Ecology may also require a business to seek coverage where it determines that the facility is a significant contributor of pollutants to waters of the state or where the facility is causing a violation of water quality standards. *See* Industrial Stormwater General Permit (effective Jan. 1, 2010), Condition S.1.B. Permittees must submit periodic monitoring reports to Ecology and must take corrective action if benchmarks are exceeded. In addition, Ecology may take corrective action where appropriate.

The City may also require a facility or property owner to disconnect from the City's stormwater system and employ onsite treatment and disposal. These particular response measures will be developed for future phases of the Adaptive Management Plan based on the outcome of measures undertaken in Phase I. The City may also incorporate measures into its stormwater and critical areas regulations, as outlined in Section 4.0.

13

**6.0   ECOLOGY CONSULTATION**

As identified throughout this Adaptive Management Plan, the City shall work closely and in consultation with the Ecology on implementing, updating, revising, and reporting results pursuant to this Adaptive Management Plan.

**7.0   PUBLIC INVOLVEMENT**

The City remains committed to actively engaging the public, including the Center for Justice Spokane Riverkeeper and Gonzaga University Law School's Environmental Law Clinic, in the implementation and revision of this Adaptive Management Plan.

The City will hold annual stakeholder meetings following release of its annual report beginning in year 2011-2012 to encourage comment from tribes, stakeholders, the environmental community, and the general public on reaching this plan's objectives.

**8.0   CONCLUSION AND FUTURE STEPS**

An essential principal of adaptive management is to engage all stakeholders and regulatory jurisdictions through open dialog and collaboration. The City will modify and expand this Adaptive Management Plan as new scientific and fiscal information and additional results of proposed management practices become available, subject to review and approval by Ecology. This will be accomplished through the annual report process outlined in Section 3.5. The City will also engage in on-going discussions with stakeholders and regulatory jurisdictions to achieve the overall goal of this Adaptive Management Plan.

14

**Figure 1.**    **Facility Target Zones.**

15



**Table 1.**     **Storm Inlet Identification Table – "Storm Basin Union"**

16

1/21/2010     Storm Inlets - Storm Basin Union

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 1379308IN | CITY | | SEEP | RSL |
| 29 | 1378908IN | CITY | | SEEP | RSL |
| 29 | 1375908IN | CITY | | CB | RSLCFG |
| 29 | 1376008IN | CITY | | CB | RECSL1 |
| 29 | 1375808IN | CITY | | SEEP | RSL |
| 29 | 1375700IN | CITY | | CB | RSL |
| 29 | 1309000IN | CITY | | SEEP | RSL |
| 29 | 1309108IN | CITY | | SEEP | RSL |
| 29 | 1327906IN | CITY | | CB | CFO |
| 29 | 1308908IN | CITY | | SNUFF | RECSL1 |
| 29 | 1308700IN | CITY | | DW | RSOL |
| 29 | 1308808IN | CITY | | SEEP | RSL |
| 29 | 1308508IN | CITY | | CB | CFO |
| 29 | 1376108IN | CITY | | CB | RSL |
| 29 | 1376508IN | CITY | | CB | RSL |
| 29 | 1376408IN | CITY | | CB | RSL |
| 29 | 1308406IN | CITY | | DW | RSOL |
| 29 | 1376600IN | CITY | | CB | RSLCFG |
| 29 | 1308608IN | CITY | | CB | CFO |
| 29 | 1376708IN | CITY | | CB | |
| 29 | 1376808IN | CITY | | CB | RSL |
| 29 | 1390908IN | CITY | | CB | RSL |
| 29 | 1376208IN | CITY | | CB | RSL |
| 29 | 1377108IN | CITY | | CB | RSL |
| 29 | 1376308IN | CITY | | CB | RSL |
| 29 | 1377008IN | CITY | | CB | |
| 29 | 1378108IN | CITY | | SNUFF | RECSL1 |
| 29 | 1378008IN | CITY | | GBI | RECSL1 |
| 29 | 1311708IN | CITY | | CB | CFO |
| 29 | 1376908IN | CITY | | CB | RSL |
| 29 | 1307408IN | CITY | | CB | RSL |
| 29 | 1377908IN | CITY | | CB | RSL |
| 29 | 1396608IN | CITY | | CB | CFO |
| 29 | 1378308IN | CITY | | CB | RSL |
| 29 | 1378208IN | CITY | | CB | RSL |
| 29 | 1330408IN | CITY | | CB | RSL |
| 29 | 1377800IN | CITY | | CB | RSL |
| 29 | 1311806IN | CITY | | CB | CFO |
| 29 | 1396708IN | CITY | | CB | CFO |
| 29 | 1311906IN | CITY | | CB | CFO |
| 29 | 1329100IN | CITY | | DW | |
| 29 | 1312006IN | CITY | | CB | CFO |
| 29 | 1329206IN | CITY | | DW | |
| 29 | 1375308IN | CITY | | CB | O |
| 29 | 1312108IN | CITY | | CB | RSL |
| 29 | 1375208IN | CITY | | CB | RSL |
| 29 | 1375408IN | CITY | | CB | O |
| 29 | 1374908IN | CITY | | CB | RSOL |
| 29 | 1374808IN | CITY | | CB | RSOL |
| 29 | 1374608IN | CITY | | CB | RSL |
| 29 | 1374408IN | CITY | | CB | RSL |
| 29 | 1330308IN | CITY | | SEEP | CFO |
| 29 | 1330208IN | CITY | | CB | RSL |
| 29 | 1374208IN | CITY | | CB | RSL |
| 29 | 1374008IN | CITY | | CB | CFO |
| 29 | 1373708IN | CITY | | GBI | RECSL1 |
| 29 | 13109108IN | CITY | | GBI | RECSL1 |
| 29 | 13109008IN | CITY | | CB | CFO |
| 29 | 13107108IN | CITY | | GBI | RECSL1 |
| 29 | 13106808IN | CITY | | CB | RSL |
| 29 | 13107008IN | CITY | | CB | CFO |
| 29 | 1373308IN | CITY | | CB | RSOL |
| 29 | 13106908IN | CITY | | CB | MB |
| 29 | 1373408IN | CITY | | CB | RSL |

1

1/21/2010    Storm Inlets - Storm Basin Union

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 13106708IN | CITY | | CB | RSL |
| 29 | 1330008IN | CITY | | CB | RSL |
| 29 | 1329408IN | CITY | | CB | |
| 29 | 1329008IN | CITY | | CB | |
| 29 | 13110308IN | CITY | ACTV | CB | |
| 29 | 13110608IN | CITY | ACTV | GBI | |
| 29 | 13110708IN | CITY | ACTV | GBI | |
| 29 | 13110808IN | CITY | ACTV | GBI | |
| 29 | 13110908IN | CITY | ACTV | GBI | |

**73  Total**

2

**Table 2.**     **Storm Inlet Identification Table – "High Industrial CSO34"**

17

1/21/2010   Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 90403808IN | CITY | | CB | RSL |
| 29 | 90416308IN | CITY | | DW | RSL |
| 29 | 90416208IN | CITY | | DW | RSL |
| 29 | 90416100IN | CITY | | DW | RSL |
| 29 | 90115108IN | CITY | | SNUFF | RECSL1 |
| 29 | 90115000IN | CITY | | DW | RSL |
| 29 | 90115200IN | CITY | | CB | |
| 29 | 90115400IN | CITY | | DW | |
| 29 | 90115508IN | CITY | | CB | |
| 29 | 90140208IN | CITY | | GBI | RECSL1 |
| 29 | 90140100IN | CITY | | DW | RSOL |
| 29 | 90140300IN | CITY | | SEEP | RSL |
| 29 | 90460706IN | CITY | | SNUFF | RECSL1 |
| 29 | 90140006IN | CITY | | SEEP | RSOL |
| 29 | 90460600IN | CITY | | DW | RSOL |
| 29 | 90140408IN | CITY | | SEEP | RSLCFG |
| 29 | 90140508IN | CITY | | SEEP | RSL |
| 29 | 90394608IN | CITY | | SEEP | CFO |
| 29 | 90394504IN | CITY | | DW | RSOL |
| 29 | 90394308IN | CITY | | SEEP | RSL |
| 29 | 90394708IN | CITY | | SEEP | CFO |
| 29 | 90394008IN | CITY | | SEEP | CFO |
| 29 | 90139500IN | CITY | | DW | |
| 29 | 90394200IN | CITY | | DW | RSOL |
| 29 | 90393708IN | CITY | | CB | |
| 29 | 90394408IN | CITY | | SEEP | RSL |
| 29 | 90393900IN | CITY | | DW | RSOL |
| 29 | 90393408IN | CITY | | CB | |
| 29 | 90394108IN | CITY | | CB | |
| 29 | 90139608IN | CITY | ACTV | SNUFF | RECSL1 |
| 29 | 90487308IN | CITY | ACTV | CB | RSL |
| 29 | 90393600IN | CITY | | CB | S |
| 29 | 90139900IN | CITY | | CB | S |
| 29 | 90393808IN | CITY | | CB | |
| 29 | 90393508IN | CITY | | CB | |
| 29 | 90392408IN | CITY | ACTV | CB | RSOL |
| 29 | 90392508IN | CITY | | CB | CFO |
| 29 | 90144608IN | CITY | | DOT | RECSL1 |
| 29 | 1601208IN | CITY | | CB | |
| 29 | 1601100IN | CITY | | CB | |
| 29 | 90144508IN | CITY | | DOT | RECSL1 |
| 29 | 90392208IN | CITY | | SEEP | CFO |
| 29 | 90392308IN | CITY | | SEEP | CFO |
| 29 | 90392108IN | CITY | | CB | RSL |
| 29 | 90139208IN | CITY | | GBI | RECSL1 |
| 29 | 90139100IN | CITY | | DW | RSOL |
| 29 | 90137808IN | CITY | | GBI | RECSL1 |
| 29 | 90137700IN | CITY | | SEEP | RSL |
| 29 | 90139008IN | CITY | | GBI | RECSL1 |
| 29 | 90138900IN | CITY | | DW | RSOL |
| 29 | 90392008IN | CITY | ACTV | CB | CFO |
| 29 | 90391908IN | CITY | | CB | CFO |
| 29 | 90391808IN | CITY | ACTV | CB | CFO |
| 29 | 1379208IN | CITY | | SEEP | RSL |
| 29 | 90463608IN | CITY | | CB | RSL |
| 29 | 90390508IN | CITY | | CB | CFO |
| 29 | 90390908IN | CITY | | CB | CFO |
| 29 | 90391108IN | CITY | | CB | |
| 29 | 90390408IN | CITY | | CB | CFO |
| 29 | 90391708IN | CITY | | CB | |
| 29 | 90390808IN | CITY | | CB | RSL |
| 29 | 90391208IN | CITY | | CB | |
| 29 | 1378808IN | CITY | | SEEP | RSL |
| 29 | 90391608IN | CITY | | CB | |

1

1/21/2010   Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 90391508IN | CITY | | CB | |
| 29 | 13105208IN | CITY | ACTV | CB | RSL |
| 29 | 90391408IN | CITY | | CB | |
| 29 | 90391308IN | CITY | | CB | |
| 29 | 90390308IN | CITY | | SNUFF | RECSL1 |
| 29 | 90390208IN | CITY | | CB | RSOL |
| 29 | 90135508IN | CITY | ACTV | SEEP | RECVD1 |
| 29 | 90390108IN | CITY | | CB | RSL |
| 29 | 90135400IN | CITY | ACTV | SEEP | RSL |
| 29 | 1313308IN | CITY | | GBI | RECSL1 |
| 29 | 90463708IN | CITY | | GBI | RECSL1 |
| 29 | 90123800IN | CITY | | DW | RSOL |
| 29 | 90129708IN | CITY | | CB | RSL |
| 29 | 90129600IN | CITY | | DW | RSOL |
| 29 | 90130008IN | CITY | | CB | RSL |
| 29 | 90130800IN | CITY | | DW | RSOL |
| 29 | 90130308IN | CITY | | CB | RSL |
| 29 | 90129900IN | CITY | | DW | RSOL |
| 29 | 90129808IN | CITY | | CB | RSL |
| 29 | 90130908IN | CITY | | SEEP | RSL |
| 29 | 90130608IN | CITY | | CB | RSL |
| 29 | 90131008IN | CITY | | SEEP | RECVDH |
| 29 | 90130200IN | CITY | | DW | RSOL |
| 29 | 90130500IN | CITY | | DW | RSOL |
| 29 | 90131208IN | CITY | | CB | |
| 29 | 90460508IN | CITY | | CB | |
| 29 | 90460408IN | CITY | | CB | |
| 29 | 90460300IN | CITY | | DW | |
| 29 | 1313108IN | CITY | | GBI | RECSL1 |
| 29 | 90130108IN | CITY | | CB | RSL |
| 29 | 90131100IN | CITY | | DW | |
| 29 | 90131508IN | CITY | | CB | |
| 29 | 90130408IN | CITY | | CB | RSL |
| 29 | 90131400IN | CITY | | DW | |
| 29 | 90389008IN | CITY | | CB | |
| 29 | 90388908IN | CITY | | CB | |
| 29 | 90131808IN | CITY | | CB | |
| 29 | 90130708IN | CITY | | CB | RSL |
| 29 | 90131700IN | CITY | | DW | |
| 29 | 90131608IN | CITY | | CB | |
| 29 | 90131908IN | CITY | | CB | |
| 29 | 90389308IN | CITY | | CB | RSL |
| 29 | 90389208IN | CITY | | CB | RSL |
| 29 | 90389112IN | CITY | | CB | |
| 29 | 90389908IN | CITY | ACTV | CB | RSL |
| 29 | 90390008IN | CITY | ACTV | CB | RSL |
| 29 | 90389408IN | CITY | | CB | RSL |
| 29 | 90389808IN | CITY | | CB | |
| 29 | 1312908IN | CITY | | GBI | RECSL1 |
| 29 | 90135608IN | CITY | | CB | CFO |
| 29 | 1312708IN | CITY | | GBI | RECSL1 |
| 29 | 90460208IN | CITY | | CB | RSL |
| 29 | 90460000IN | CITY | | DW | RSOL |
| 29 | 90460108IN | CITY | | CB | RSL |
| 29 | 90129208IN | CITY | | CB | RSL |
| 29 | 90448800IN | CITY | | DW | RSOL |
| 29 | 90444206IN | CITY | | GBI | RECSL1 |
| 29 | 90129508IN | CITY | | CB | RSL |
| 29 | 90449008IN | CITY | | GBI | RECSL1 |
| 29 | 90129000IN | CITY | | DW | RSOL |
| 29 | 90448908IN | CITY | | GBI | RECSL1 |
| 29 | 90388708IN | CITY | | CB | RSOL |
| 29 | 90444106IN | CITY | | CB | SB |
| 29 | 90388608IN | CITY | | CB | |
| 29 | 90133808IN | CITY | | CB | CFO |

2

1/21/2010    Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 90129300IN | CITY | | DW | RSOL |
| 29 | 90129108IN | CITY | | CB | RSL |
| 29 | 90134108IN | CITY | | CB | CFO |
| 29 | 90133700IN | CITY | | DW | RSOL |
| 29 | 90449700IN | CITY | | DW | S |
| 29 | 90129408IN | CITY | | CB | RSL |
| 29 | 90134000IN | CITY | | DW | RSOL |
| 29 | 90449808IN | CITY | | CB | |
| 29 | 90134408IN | CITY | | CB | CFO |
| 29 | 90135008IN | CITY | | CB | RSL |
| 29 | 90134908IN | CITY | | CB | RSL |
| 29 | 90133908IN | CITY | | CB | CFO |
| 29 | 90388808IN | CITY | | CB | RSL |
| 29 | 90134208IN | CITY | | CB | CFO |
| 29 | 90134300IN | CITY | | DW | RSOL |
| 29 | 90134600IN | CITY | | DW | RSOL |
| 29 | 90459208IN | CITY | | CB | RSOL |
| 29 | 90459108IN | CITY | | CB | RSL |
| 29 | 90134508IN | CITY | | CB | CFO |
| 29 | 90459308IN | CITY | | GBI | RECSL1 |
| 29 | 90388508IN | CITY | | CB | RSL |
| 29 | 90388208IN | CITY | | CB | RSL |
| 29 | 1312508IN | CITY | | GBI | RECSL1 |
| 29 | 90134808IN | CITY | | CB | RSL |
| 29 | 90134708IN | CITY | | CB | RSL |
| 29 | 90135100IN | CITY | | DW | |
| 29 | 90135208IN | CITY | | CB | RSL |
| 29 | 90135308IN | CITY | | CB | RSL |
| 29 | 90383308IN | CITY | | CB | RSL |
| 29 | 90388408IN | CITY | | CB | RSL |
| 29 | 1312308IN | CITY | | GBI | RECSL1 |
| 29 | 1307612IN | CITY | | GBI | RECSL1 |
| 29 | 90128208IN | CITY | | CB | CFO |
| 29 | 90449508IN | CITY | | CB | RSL |
| 29 | 1375508IN | CITY | | CB | |
| 29 | 90128100IN | CITY | | DW | RSOL |
| 29 | 90128508IN | CITY | | CB | RSL |
| 29 | 1375008IN | CITY | | GBI | RECSL1 |
| 29 | 1374708IN | CITY | | CB | RSL |
| 29 | 90276706IN | CITY | | GBI | RECSL1 |
| 29 | 90128308IN | CITY | | CB | CFO |
| 29 | 90449400IN | CITY | | DW | RSOL |
| 29 | 90387212IN | CITY | | CB | RSOL |
| 29 | 90449608IN | CITY | | CB | RSL |
| 29 | 90449206IN | CITY | | CB | RSL |
| 29 | 90458808IN | CITY | | CB | RSL |
| 29 | 90458708IN | CITY | | CB | RSL |
| 29 | 90128400IN | CITY | | DW | RSOL |
| 29 | 1375108IN | CITY | | CB | RSOL |
| 29 | 1374508IN | CITY | | CB | RSOL |
| 29 | 90128908IN | CITY | | CB | RSL |
| 29 | 90444308IN | CITY | | CB | RSL |
| 29 | 90125308IN | CITY | | SEEP | RSLCFG |
| 29 | 90128608IN | CITY | | CB | RSL |
| 29 | 90387608IN | CITY | | CB | RSLCFG |
| 29 | 90387708IN | CITY | | CB | RSL |
| 29 | 90449100IN | CITY | | DW | RSOL |
| 29 | 1374308IN | CITY | | CB | RSL |
| 29 | 90459608IN | CITY | | CB | RSL |
| 29 | 90459508IN | CITY | | CB | RSL |
| 29 | 90449306IN | CITY | | CB | RSL |
| 29 | 90128700IN | CITY | | DW | RSOL |
| 29 | 90387308IN | CITY | | CB | RSL |
| 29 | 1373908IN | CITY | | CB | RSL |
| 29 | 90387908IN | CITY | | CB | RSL |

3

1/21/2010   Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 90125200IN | CITY | | SEEP | RSL |
| 29 | 1373808IN | CITY | | CB | CFO |
| 29 | 90128808IN | CITY | | CB | RSL |
| 29 | 90458600IN | CITY | | DW | RSOL |
| 29 | 90459400IN | CITY | | DW | RSOL |
| 29 | 13109308IN | CITY | | GBI | RECSL1 |
| 29 | 13109200IN | CITY | | DW | RSOL |
| 29 | 1373508IN | CITY | | CB | RSOL |
| 29 | 90459708IN | CITY | | CB | RSL |
| 29 | 1373608IN | CITY | | CB | RSOL |
| 29 | 13107208IN | CITY | | CB | RSL |
| 29 | 90387508IN | CITY | | CB | RSL |
| 29 | 1330108IN | CITY | | CB | RSOL |
| 29 | 90387808IN | CITY | | CB | RSL |
| 29 | 1302308IN | CITY | | CB | |
| 29 | 1302404IN | CITY | | CB | |
| 29 | 90123908IN | CITY | | SEEP | CFO |
| 29 | 90127608IN | CITY | | SEEP | RSL |
| 29 | 90124108IN | CITY | | SEEP | RSL |
| 29 | 90386908IN | CITY | | CB | |
| 29 | 90424908IN | CITY | | CB | RS |
| 29 | 90127908IN | CITY | | SEEP | RSL |
| 29 | 1329608IN | CITY | | CB | |
| 29 | 90386608IN | CITY | | CB | |
| 29 | 90424808IN | CITY | | CB | RS |
| 29 | 1329508IN | CITY | | CB | |
| 29 | 90121506IN | CITY | | DW | RSOL |
| 29 | 90127500IN | CITY | | DW | RSOL |
| 29 | 90127800IN | CITY | | DW | RSOL |
| 29 | 90487508IN | CITY | | SEEP | RSL |
| 29 | 9098808IN | CITY | | SEEP | CFO |
| 29 | 90456908IN | CITY | | CB | MB |
| 29 | 90124008IN | CITY | | CB | MB |
| 29 | 90487400IN | CITY | | DW | RSOL |
| 29 | 90127708IN | CITY | | SEEP | CFO |
| 29 | 90487608IN | CITY | | SEEP | RSL |
| 29 | 1372508IN | CITY | | CB | RSOL |
| 29 | 1398008IN | CITY | | CB | RSOL |
| 29 | 1372608IN | CITY | | GBI | RECSL1 |
| 29 | 1373208IN | CITY | | GBI | RECSL1 |
| 29 | 1398108IN | CITY | | CB | RSOL |
| 29 | 1329708IN | CITY | | CB | |
| 29 | 1372708IN | CITY | | CB | RSL |
| 29 | 1373108IN | CITY | | CB | RSL |
| 29 | 1380508IN | CITY | | CB | RSL |
| 29 | 90126008IN | CITY | | SEEP | RSL |
| 29 | 1329908IN | CITY | | CB | |
| 29 | 1329808IN | CITY | | CB | |
| 29 | 90126208IN | CITY | | SEEP | RSL |
| 29 | 90126508IN | CITY | | SEEP | RSL |
| 29 | 90125800IN | CITY | | DW | RSOL |
| 29 | 90127008IN | CITY | | SEEP | RSL |
| 29 | 90126908IN | CITY | | SEEP | RSL |
| 29 | 90126100IN | CITY | | DW | RSOL |
| 29 | 90125908IN | CITY | | SEEP | RSL |
| 29 | 1372808IN | CITY | | CB | RSLCFG |
| 29 | 90127308IN | CITY | | SEEP | RSOL |
| 29 | 90406408IN | CITY | | CB | |
| 29 | 1372308IN | CITY | | CB | RSL |
| 29 | 90126400IN | CITY | | DW | RSOL |
| 29 | 1372908IN | CITY | | CB | |
| 29 | 90126308IN | CITY | | SEEP | RSL |
| 29 | 90406508IN | CITY | | CB | |
| 29 | 90127408IN | CITY | | GBI | RECSL1 |
| 29 | 90126700IN | CITY | | DW | RSOL |

4

1/21/2010    Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|----------|--------|-----|----------|----------|-----------|
| 29 | 90461606IN | CITY | | SNUFF | RECSL1 |
| 29 | 90386108IN | CITY | | CB | RSOL |
| 29 | 90461506IN | CITY | | SNUFF | RECSL1 |
| 29 | 1372408IN | CITY | | CB | RSL |
| 29 | 90386508IN | CITY | | CB | RSL |
| 29 | 90386008IN | CITY | | CB | RSOL |
| 29 | 90126608IN | CITY | | SEEP | RSL |
| 29 | 90127100IN | CITY | | DW | RSOL |
| 29 | 90132608IN | CITY | | SEEP | RSL |
| 29 | 90386408IN | CITY | | CB | RSL |
| 29 | 90126808IN | CITY | | SEEP | RSL |
| 29 | 90127208IN | CITY | | SEEP | RSL |
| 29 | 90461406IN | CITY | | SNUFF | RECSL1 |
| 29 | 90385908IN | CITY | | CB | RSOL |
| 29 | 90385808IN | CITY | | CB | RSOL |
| 29 | 90461306IN | CITY | | SNUFF | RECSL1 |
| 29 | 1300110IN | CITY | | CB | |
| 29 | 90133008IN | CITY | | SEEP | RSL |
| 29 | 90133208IN | CITY | | SEEP | CFO |
| 29 | 90132500IN | CITY | | DW | RSOL |
| 29 | 90386208IN | CITY | | CB | RSL |
| 29 | 90133608IN | CITY | | SEEP | CFO |
| 29 | 90386308IN | CITY | | CB | RSL |
| 29 | 90132708IN | CITY | | SEEP | RSL |
| 29 | 90125108IN | CITY | | SEEP | RSL |
| 29 | 90132800IN | CITY | | DW | RSOL |
| 29 | 90125008IN | CITY | | SEEP | RSL |
| 29 | 90133330IN | CITY | | DW | RSOL |
| 29 | 90132908IN | CITY | | SEEP | RSL |
| 29 | 90133108IN | CITY | | SEEP | CFO |
| 29 | 90124400IN | CITY | | DW | RSOL |
| 29 | 90124508IN | CITY | | DW | RSOL |
| 29 | 90133408IN | CITY | | SEEP | RSL |
| 29 | 90133508IN | CITY | | SEEP | CFO |
| 29 | 90124808IN | CITY | | SEEP | RSL |
| 29 | 90124908IN | CITY | | SEEP | RSL |
| 29 | 90459908IN | CITY | | SEEP | CFG |
| 29 | 90293708IN | CITY | | SEEP | CFO |
| 29 | 90459806IN | CITY | | DW | RSOL |
| 29 | 90386806IN | CITY | | SNUFF | RECSL1 |
| 29 | 90386706IN | CITY | | SNUFF | RECSL1 |
| 29 | 90385708IN | CITY | | SEEP | RSOL |
| 29 | 90385608IN | CITY | | SEEP | RSOL |
| 29 | 90409608IN | CITY | | CB | CFO |
| 29 | 90385508IN | CITY | | CB | CFO |
| 29 | 90385408IN | CITY | | CB | RSOL |
| 29 | 90385108IN | CITY | | CB | |
| 29 | 90384808IN | CITY | | CB | RSL |
| 29 | 90132108IN | CITY | | SEEP | RSL |
| 29 | 90384408IN | CITY | | CB | RSL |
| 29 | 90384308IN | CITY | | SEEP | RSL |
| 29 | 90132000IN | CITY | | DW | RSOL |
| 29 | 90384208IN | CITY | | SEEP | RSL |
| 29 | 90384008IN | CITY | | CB | RSL |
| 29 | 90132208IN | CITY | | SEEP | RSL |
| 29 | 90385000IN | CITY | | SEEP | RSL |
| 29 | 90132300IN | CITY | | DW | RSOL |
| 29 | 90383908IN | CITY | | CB | RSL |
| 29 | 90384908IN | CITY | | CB | RSL |
| 29 | 90132408IN | CITY | | CB | RSL |
| 29 | 90384508IN | CITY | | CB | RSLCFG |
| 29 | 1391408IN | CITY | | CB | |
| 29 | 90384108IN | CITY | | CB | RSL |
| 29 | 90409508IN | CITY | | CB | CFO |
| 29 | 90385308IN | CITY | | CB | CFO |

5

1/21/2010    Storm Inlets - High Industrial CSO34

| COMPTYPE | UNITID | OWN | SERVSTAT | UNITTYPE | GRATETYPE |
|---|---|---|---|---|---|
| 29 | 9038520BIN | CITY | | CB | RSOL |
| 29 | 9038460BIN | CITY | | CB | RSL |
| 29 | 9038470BIN | CITY | | CB | RSLCFG |
| 29 | 9051700BIN | CITY | ACTV | CB | |
| 29 | 9051740BIN | CITY | ACTV | CB | |
| 29 | 9051790BIN | CITY | ACTV | CB | |
| 29 | 9051780OIN | CITY | ACTV | DW | |
| 29 | 9051840BIN | CITY | ACTV | CB | |
| 29 | 9051850BIN | CITY | ACTV | CB | |
| 29 | 9051870BIN | CITY | ACTV | CB | |
| 29 | 9051860BIN | CITY | ACTV | CB | |
| 29 | 9052070BIN | CITY | ACTV | CB | |
| 29 | 9052110OIN | CITY | ACTV | DW | |
| 29 | 9052090BIN | CITY | ACTV | CB | |
| 29 | 9052100BIN | CITY | ACTV | CB | |
| 29 | 9052080OIN | CITY | ACTV | DW | |
| 29 | 1373008IN | CITY | | CB | |
| 29 | 1311020BIN | CITY | ACTV | GBI | |
| 29 | 1311040BIN | CITY | ACTV | GBI | |
| 29 | 1311050BIN | CITY | ACTV | GBI | |
| 29 | 1311100BIN | CITY | ACTV | GBI | |
| 29 | 1310660BIN | CITY | ACTV | CB | |

**346  Total**

6

**Table 3.    City of Spokane - Environmental Contractors**

NRC Environmental Services
4031 East Trent
Spokane, WA   99202
(509) 536-5960
Emergency Response 1-800-33SPILL
www.rfricke@nrces.com


Able Clean-Up Technologies, Inc.
4117 East Nebraska
Spokane, WA   99217
(509) 466-5255
www.ablecleanup.com

18